UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUTO TRUCK TRANSPORT USA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-1016 |
| ) | Judge Nixon/Bryant |
| PHILLIP L. HAY, et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Counsel for the plaintiff has filed a "Notice of Voluntary Dismissal" of this case (Docket Entry No. 12). The initial case management conference previously scheduled for February 5, 2013 (Docket Entry No. 11) is CANCELED.

The Clerk is directed to return this file to Senior Judge Nixon for his consideration of the notice of dismissal of the case.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge